# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| KEVIN BLACKBURN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| -vs- | ) | Case No. CIV-15-0359-F |
| SHERIFF REEVE, | ) |  |
| Defendant. | ) |  |

## ORDER

Plaintiff Kevin Blackburn, who appears *pro se* and whose pleadings are liberally construed, initiated this action asserting claims under 42 U.S.C. § 1983.

Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on June 23, 2016. Doc. no. 21 (the Report). In the Report, the Magistrate Judge recommends that this action be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P., for failure to serve.

The Report advised plaintiff of the right to file an objection to the Report with the clerk of this court by July 14, 2016. The Report further advised that failure to make timely objection to the Report waives plaintiff's right to appellate review of the factual and legal issues contained in the Report. No objection was filed, and no request for an extension of time within which to object was filed.

After review of the issues covered in the Report, with no objection having been filed, and having concluded that no further analysis is necessary, the Report and Recommendation of Magistrate Judge Goodwin is **ACCEPTED**, **ADOPTED** and

**AFFIRMED**, and this action is **DISMISSED** without prejudice under Rule 4(m), Fed. R. Civ. P.

Dated this 19th day of July, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0359p001.wpd